B4 (Official Form 4) (12/07) - Cont.

In re   **American Title Services Company**   Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| JLLA Ink, GK Peakview Tower<br>6465 Greenwood Plaza Blvd.<br>Suite 220<br>Centennial, CO 80111 | JLLA Ink, GK Peakview Tower<br>6465 Greenwood Plaza Blvd.<br>Suite 220<br>Centennial, CO 80111 | Rent | Disputed | 40,477.66 |
| McKinley Freeway Center<br>6892 S. Yosemite<br>Suite 2-105<br>Englewood, CO 80112 | McKinley Freeway Center<br>6892 S. Yosemite<br>Suite 2-105<br>Englewood, CO 80112 | Rent | Disputed | 24,089.00 |
| Park Centre Properties, LLC<br>Wells Fargo Bank Building<br>P.O. Box 13797<br>Denver, CO 80291 | Park Centre Properties, LLC<br>Wells Fargo Bank Building<br>P.O. Box 13797<br>Denver, CO 80291 | Rent | Disputed | 5,805.00 |
| Realty Assoc. Fund<br>P.O. Box 11363<br>Newark, NJ 07101 | Realty Assoc. Fund<br>P.O. Box 11363<br>Newark, NJ 07101 | Rent | Disputed | 6,437.00 |
| Tabor Street Realty Venture LLC<br>8431 Nelson Court<br>Arvada, CO 80005 | Tabor Street Realty Venture LLC<br>8431 Nelson Court<br>Arvada, CO 80005 | Rent | Disputed | 2,000.00 |
| TI Services<br>4123 S. Zenobia Street<br>Denver, CO 80236 | TI Services<br>4123 S. Zenobia Street<br>Denver, CO 80236 | Title Services | Disputed | Unknown |
| Title Resources Guaranty Company<br>8111 LBJ Freeway<br>Suite 1200<br>Dallas, TX 75251 | Title Resources Guaranty Company<br>8111 LBJ Freeway<br>Suite 1200<br>Dallas, TX 75251 | Underwriting Premiums | Disputed | Unknown |
| U.S.Dept of Labor<br>Employee Benefits Securities Admin.<br>2300 Main Street, Suite 1100<br>Kansas City, MO 64108 | U.S.Dept of Labor<br>Employee Benefits Securities Admin.<br>2300 Main Street, Suite 1100<br>Kansas City, MO 64108 | ERISA Plan Liablity | Disputed | Unknown |
| Union Mountain Operating Co., LLC<br>P.O. Box 912615<br>Denver, CO 80291 | Union Mountain Operating Co., LLC<br>P.O. Box 912615<br>Denver, CO 80291 | Rent | Disputed | 6,546.00 |
| Wells Fargo Financial Leasing<br>800 Walnut Street<br>Des Moines, IA 50309 | Wells Fargo Financial Leasing<br>800 Walnut Street<br>Des Moines, IA 50309 | Equipment Lease | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re   **American Title Services Company**                                    Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Wind-Down Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 12, 2014**                 Signature   **/s/ Thomas M. Kim**
                                                     **Thomas M. Kim**
                                                     **Chief Wind-Down Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                              18 U.S.C. §§ 152 and 3571.